AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Elizalde

Defendant

) Case: 1:23-mj-00036
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 2/16/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   David Elizalde   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-Entering and remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 02/16/2023

*Magistrate Judge's signature*

City and state:   Washington, D.C.     Honorable Moxilla A. Upadhyaya
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 02/16/2023, and the person was arrested on *(date)* 04/03/2023
at *(city and state)* Arlington, VA

Date: 04/03/2023

*Arresting officer's signature*

Ashley Roberts / Special Agent
*Printed name and title*